DENNIS P. CREEDON, Appellant, *v.* AUTOMATIC VOTING MACHINE CORPORATION, Respondent.

(Submitted June 7, 1935; decided July 11, 1935.)

*Arthur J. Foley* for appellant.

*Alexander S. Carlson, Edmund Port* and *Milton Macht* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.